273 F.3d 903 (9th Cir. 2001)
 UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
MARK STEVEN HITCHCOCK, Defendant-Appellant.
 No. 00-10251
D.C. No. CR-98-00716-ACK
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed September 26, 2001
 
 Before: B. Fletcher, Canby, Jr., and Paez, Circuit Judges.
 
 ORDER
 
 1
 We grant the government's motion to withdraw the panel decision in this case pending resolution of United States v. Buckland, 259 F.3d 1157, No. 99-30285. The government has consented to Hitchcock's interim release with appropriate restrictions.
 
 
 2
 We order the interim release of Hitchcock under appropriate restrictions to be set by the district court.
 
 
 3
 We remand to the district court for that limited purpose.
 
 ORDER
 December 5, 2001
 
 4
 We direct that the unpublished order filed September 26, 2001 withdrawing our opinion be re-filed as a published order.